UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: ) | |
| RICHARD BANGE, ) | |
| ) | June 6, 2017 |
| Debtor, ) | |
| ) | |
| CITIFINANCIAL SERVICING LLC ) | Case No. 14-48292 |
| AS CREDITOR ) | |
| ) | Hearing: June 14, 2017 |
| Movant, ) | Time:   10:00 a.m. |
| ) | Location: 5 North |
| V. ) | Ch. 13 |
| ) | |
| RICHARD BANGE, ) | |
| ) | |
| Respondent. ) | |

RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Debtor, Richard Bange, by and through his counsel, Randall T. Oettle, of R.O.C. Law, Randall Oettle Company, P.C., and for his Response to CitiFinancial Services, LLC.'s Motion for Relief from Automatic Stay or in the Alternative, to Dismiss (the "Motion"), states the following:

1. Admit Paragraph 1.

2. Admit Paragraph 2.

3. Admit Paragraph 3.

4. Admit Paragraph 4.

5. Admit Paragraph 5.

6. Admit Paragraph 6.

7. Admit Paragraph 7.

8. Admit, Answering further, and affirmatively, Debtor requires proof of the amount of his delinquency and Debtor will have sufficient funds to be current, or within the range of entering a stipulated order, on or before the hearing date.

9. See Paragraph 8.

10. See Paragraph 8.

11. See Paragraph 8.

12. See Paragraph 8.

WHEREFORE, Debtors, Richard Bange. respectfully requests that CitiFinancial Servicing LLC.'s Motion for Relief be denied, and that the Court grant such other and further relief as this Court deems just under the law and circumstances.

Respectfully submitted,

   /s/ Randall T. Oettle
Randall T. Oettle, MoBar #46820
R.O.C. Law
Randall Oettle Company, P.C.
12964 Tesson Ferry, Suite B
St. Louis, MO  63128
(314) 843-0220 Telephone
(314) 843-0048 Facsimile
ROettle@ROCLaw

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above Response was served, via electronic notification and via First Class, U.S. Mail, postage prepaid, on this 6th day of June, 2017, on the following:

William Holmes			Diana S. Daugherty
612 Spirit Drive			U.S. Chapter 13 Trustee–Electronic Notice
St. Louis, MO 63005

      /s/  Randall Oettle